Original

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 00-1040 DWF/AJB

Debra Doyle-Oswald, Individually and as Trustee for the Heirs and Next-of-Kin of John Michael Doyle,

Plaintiff,

vs.

Mack Trucks, Inc. and/or Mack Canada Inc., Bostrom Seating, Inc., and Indiana Mills & Manufacturing, Inc.

Defendants.

**STIPULATION, MOTION AND ORDER TO EXTEND TIME FOR AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**

All the parties in the above-mentioned action hereby Stipulate and move the Court as follows:

1. The Stipulation and Order Extending the Time for Amendment of Pleadings to Add Parties by August 1, 2000 requires that all motions which seek to amend the pleadings or add parties must be served by August 1, 2000.

2. On June 27, Bostrom Seating requested information from attorney John Guthmann (Exhibit A) requesting information relating to investigation and discovery conducted by others not party to this action. The parties have not received, nor had an opportunity to evaluate the information requested from Mr. Guthmann.

3. The parties in this matter desire, in the interest of time and efficiency, to avoid the bringing of a third-party claim until such time as the actual necessity of asserting a third-party claim is clear.

FILED AUG 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The parties have no objection to extending the deadline for amendment of pleadings to add additional parties to August 31, 2000.

THEREFORE, the parties hereby stipulate and move this Court for modification of the Pretrial Scheduling Order to extend the time by which the Defendants have to assert a third-party claim to August 31, 2000.

DATED: ____________

SIEBEN GROSE VON HOLTUM
& CAREY

By: ________________________
James P. Carey
Attorney for Plaintiff
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402

DATED: ____________

FLYNN & GASKINS, LLP

By: ________________________
George W. Flynn
Attorney for Defendant Indiana Mills, Inc.
333 South Seventh Street #2900
Minneapolis, MN 55402-4226

DATED: ____________

BOWMAN & BROOKE, LLP

By: ________________________
C. Paul Carver
Attorney for Defendant Mack Trucks, Inc. and Mack Canada, Inc.
150 South Fifth Street #2600
Minneapolis, MN 55402-4226

4. The parties have no objection to extending the deadline for amendment of pleadings to add additional parties to August 31, 2000.

THEREFORE, the parties hereby stipulate and move this Court for modification of the Pretrial Scheduling Order to extend the time by which the Defendants have to assert a third-party claim to August 31, 2000.

DATED: 8·1·00

SIEBEN GROSE VON HOLTUM & CAREY

By: ______________________
James P. Carey
Attorney for Plaintiff
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402

DATED: ___________

FLYNN & GASKINS, LLP

By: ______________________
George W. Flynn
Attorney for Defendant Indiana Mills, Inc.
333 South Seventh Street #2900
Minneapolis, MN 55402-4226

DATED: ___________

BOWMAN & BROOKE, LLP

By: ______________________
C. Paul Carver
Attorney for Defendant Mack Trucks, Inc. and Mack Canada, Inc.
150 South Fifth Street #2600
Minneapolis, MN 55402-4226

4. The parties have no objection to extending the deadline for amendment of pleadings to add additional parties to August 31, 2000.

THEREFORE, the parties hereby stipulate and move this Court for modification of the Pretrial Scheduling Order to extend the time by which the Defendants have to assert a third-party claim to August 31, 2000.

DATED: ____________

SIEBEN GROSE VON HOLTUM & CAREY

By: ____________
James P. Carey
Attorney for Plaintiff
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402

DATED: ____________

FLYNN & GASKINS, LLP

By: ____________
George W. Flynn
Attorney for Defendant Indiana Mills, Inc.
333 South Seventh Street #2900
Minneapolis, MN 55402-4226

DATED: ____________

BOWMAN & BROOKE, LLP

By: ____________
C. Paul Carver
Attorney for Defendant Mack Trucks, Inc. and Mack Canada, Inc.
150 South Fifth Street #2600
Minneapolis, MN 55402-4226

4. The parties have no objection to extending the deadline for amendment of pleadings to add additional parties to August 31, 2000.

THEREFORE, the parties hereby stipulate and move this Court for modification of the Pretrial Scheduling Order to extend the time by which the Defendants have to assert a third-party claim to August 31, 2000.

DATED: ___________

SIEBEN GROSE VON HOLTUM & CAREY

By: ____________________
James P. Carey
Attorney for Plaintiff
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402

DATED: ___________

FLYNN & GASKINS, LLP

By: ____________________
George W. Flynn
Attorney for Defendant Indiana Mills, Inc.
333 South Seventh Street #2900
Minneapolis, MN 55402-4226

DATED: 8-1-00

BOWMAN & BROOKE, LLP

By: [signature]
C. Paul Carver
Attorney for Defendant Mack Trucks, Inc. and Mack Canada, Inc.
150 South Fifth Street #2600
Minneapolis, MN 55402-4226

DATED: Aug-1-2000

QUINLIVAN & HUGHES, P.A.

By: ______________________

John A. Nelson-194840
Attorney for Defendant Bostrom Seating
400 South First Street Ste 600
P. O. Box 1008
St. Cloud, MN 56302-1008
320-251-1414
320-251-1415 (FAX)

**ORDER**

IT IS SO ORDERED.

DATED: 8/7/00

______________________
Magistrate Judge Arthur J. Boylan

EXHIBIT

John D. Quinlivan
Keith F. Hughes
Gerald L. Thoreen
Kevin A. Spellacy
Michael F. Ford
Michael T. Milligan
Michael T. Feichtinger
Steven R. Schwegman
Michael D. LaFountaine
Ronald W. Brandenburg
Jerry O. Relph
Bradley W. Hanson
John A. Nelson
Kenneth H. Bayliss
Michael C. Rajkowski
Dyan J. Ebert
Luke M. Seifert
Robert P. Cunningham
Thomas J. Christensen
Corrine L. Evenson
Melinda M. Sanders
William V. Faerber
Mary B. Mahler
Melissa A. Kirschner
Heidi N. Wolf
Of Counsel: James P. Peters

400 South First Street
Suite 600 • P.O. Box 1008
Saint Cloud, MN 56302
(320) 251-1414 voice
(320) 251-1415 fax

1530 Hwy 52 North
P.O. Box 7117
Rochester, MN 55903
(507) 281-1452 voice
(507) 281-1675 fax

www.quinlivan.com

Qualified ADR Neutral
MSBA Certified Real Property Law Specialist
MSBA Certified Civil Trial Specialist

QUINLIVAN & HUGHES, P.A.

Attorneys at Law

June 27, 2000

Reply To: St. Cloud

Mr. John H. Guthmann
Hansen, Dordell, Bradt, Odlaug
& Bradt
3900 Northwoods Drive - Suite 250
St. Paul, MN 55112-6973

RE: Debra Doyle-Oswald, et al. v. Mack Trucks, Inc. et al.
Quinlivan & Hughes File No: 10253

Dear Mr. Guthmann:

I understand that you are representing Mr. Doyle's workers' compensation carrier, and that you have been involved with most, if not all, the litigation involving the bus/truck accident.

As you know, I represent Bostrom Seating, the manufacturer of the truck seat. George Flynn represents Indiana Mills, the manufacturer of the seatbelt system Paul Carver represents Mack Trucks, the manufacturer of the truck Mr. Doyle was driving. Jim Carey represents the heirs and next-of-kin of Mr. Doyle.

Messrs. Carver, Flynn (and most likely Mr. Carey) and I would like a complete copy of your file relating to any litigation arising out of the bus/truck accident; including, but not limited to the following:

1. Pleadings;
2. Written discovery;
3. Depositions; and
4. Expert Reports.

I am not sure what you have in the way of pleadings, written discovery, depositions or expert reports. We would not be interested in any of the above. We would not be interested in any of the above relating to the injuries and medial condition of any of the children in the bus. We would be interested in any of the above reflecting factual information about the accident.

I would appreciate you advising me about the amount of material as well as the photocopying charges prior to commencing the project. Also, please let me know if there are court reporting fees for copying the deposition transcripts.

I look forward to hearing from you.

Sincerely,

John A. Nelson
JAN/sks

cc: George W Flynn
Cosgrove, Flynn & Gaskins
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402

C. Paul Carver
Bowman & Brooke LLP
150 South Fifth Street #2600
Minneapolis, MN 55402-4244

James Carey
Sieben, Grose, Von Holtum & Carey
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402