original

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Debra Doyle-Oswald, Individually and as Trustee for the Heirs and Next-of-Kin of John Michael Doyle,

Plaintiff,

vs.

Mack Trucks, Inc. and/or Mack Canada Inc., Bostrom Seating, Inc., and Indiana Mills & Manufacturing, Inc.

Defendants,

and

Bostrom Seating, Inc.,

Defendant.

---

Court File No. 00-1040 DWF/AJB

~~PROPOSED~~ **ORDER**

This matter was heard on September 11, 2000, on Defendant Bostrom Seating's Motion for leave to make Hoglund Transportation, Inc., and Briita Marie Lorentz parties to this action in accordance with the form of Summons and Third-Party Complaint annexed to this Motion and their appears to be good cause.

IT IS ORDERED:

1. That leave is given to Defendant Bostrom Seating to make Hoglund Transportation, Inc., and Briita Marie Lorentz parties to this action in accordance with the form of the Summons and Third-Party Complaint annexed to the Motion;

FILED SEP 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. That the Court Administrator shall issue the Summons under the Seal of the Court.

DATED: 9/11/00

Magistrate Judge Arthur J. Boylan