**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 00-CV-1040 DWF/AJB

Debra Doyle-Oswald, Individually and as Trustee for the Heirs and Next-of-Kin of John Michael Doyle,

Plaintiff,

vs.

**AMENDED SCHEDULING ORDER**

Mack Trucks, Inc., and/or Mack Canada, Inc., Bostrom Seating, Inc., and Indiana Mills & Manufacturing Inc.,

Defendants.

and

Bostrom Seating, Inc.,

Defendant and Third-Party Plaintiff,

vs.

Hoglund Transportation, Inc. and Briita Marie Lorentz,

Third-Party Defendants.

---

**IT IS HEREBY ORDERED:**

The parties to the above entitled action, through their attorneys, hereby stipulate and agree to amend the Scheduling Order as follows:

1. That the time for Plaintiffs to disclose their experts and their opinions is hereby extended to May 15, 2001.
2. That the time for Defendants to disclose their experts and their opinions is hereby extended to June 15, 2001.

MAR - 7 2001

DATED: 3/7/01

BY THE COURT

Magistrate Judge Arthur J. Boylan

PI1#171911v1