UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Debra Oswald, Individually and as Trustee for the Heirs and Next-of-Kin Of John Michael Doyle

Plaintiff,

Court File No.: 00-1040 DWF/AJB

vs.

Mack Trucks, Inc. and/or Mack Canada, Inc., Bostrom Seating, Inc., and Indiana Mills & Manufacturing, Inc.

Defendants.

And

Bostrom Seating, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Hoglund Transportation, Inc., and
Briita Marie Lorentz,

Third-Party Defendants.

**ORDER ON (1) PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND (2) DEFENDANTS' MOTIONS TO MODIFY THE SCHEDULING ORDER WITH RESPECT TO REALLOCATION OF EXPERTS**

IT IS HEREBY ORDERED that the dates and requirements in the Pretrial Scheduling Order of June 16, 2000 should be amended as follows:

6/29/01 Plaintiff to disclose opinions related to examination of part(s) from NTSB

JUN 12 2001
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

| | |
|---|---|
| 7/13/01 | Defendants to disclose expert witnesses per terms of paragraph 3 (Discovery Plan) of the June 16, 2000 Pretrial Scheduling Order |
| 8/31/01 | Discovery completed per terms of paragraph 1 (Discovery Plan) of the June 16, 2000 Pretrial Scheduling Order |
| 9/15/01 | Non-dispositive motions deadline per terms of paragraph 3 (Non-Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order |
| 10/15/01 | Dispositive motions (including Daubert Motions) deadline per terms of paragraph 1 (Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order |

Defendants Mack Trucks, Inc. and Bostrum Seating Inc. shall ~~be~~ allowed to call 6 expert witnesses.

SO ORDERED this 8th day of June, 2001.

MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

::ODMA\PCDOCS\MSP\173986\1