**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Debra Oswald, Individually and as
Trustee for the Heirs and Next-of-Kin
Of John Michael Doyle

Plaintiff,

Court File No.: 00-1040 DWF/AJB

vs.

Mack Trucks, Inc. and/or Mack Canada,
Inc., Bostrom Seating, Inc., and Indiana
Mills & Manufacturing, Inc.

Defendants.

And

Bostrom Seating, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Hoglund Transportation, Inc., and
Briita Marie Lorentz,

Third-Party Defendants.

---

**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER TO AFFORD TIME FOR ADDITIONAL SETTLEMENT NEGOTIATIONS**

IT IS HEREBY ORDERED that the dates and requirements in the Pretrial Scheduling Order of June 16, 2000, as amended, should be amended as follows:

11/30/01 Expert depositions completed

12/15/01 Non-dispositive motions deadline per terms of paragraph 3 (Non-Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order

FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

12/31/01 Dispositive motions (including Daubert Motions) deadline per terms of paragraph 1 (Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order.

SO ORDERED this 31st day of August, 2001.

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Debra Oswald, Individually and as
Trustee for the Heirs and Next-of-Kin
Of John Michael Doyle

Plaintiff,

Court File No.: 00-1040 DWF/AJB

vs.

Mack Trucks, Inc. and/or Mack Canada,
Inc., Bostrom Seating, Inc., and Indiana
Mills & Manufacturing, Inc.

Defendants.

And

Bostrom Seating, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

Hoglund Transportation, Inc., and
Briita Marie Lorentz,

Third-Party Defendants.

**STIPULATION TO AMEND SCHEDULING ORDER TO AFFORD TIME FOR ADDITIONAL SETTLEMENT NEGOTIATIONS**

WHEREAS Plaintiff, Defendants and Third Party Defendant mediated this case on August 1, 2001 but were unable to reach a settlement, in part, because of differing views about the comparative fault statute's (Minn. Stat. § 604.01) application in this case[1];

[1] Relying in part upon *Sandborg v. Blue Earth County*, 615 N.W.2d 61 (Minn. 2000), Plaintiff contends that the fault of plaintiff's decedent should not be compared with the fault of the

WHEREAS Defendants will file a motion in limine submitting the comparative fault question ("the Motion") on or before September 7, 2001;

WHEREAS the only discovery left to be completed (aside from supplementation of responses to prior discovery) are depositions of approximately six to eight expert witnesses, and the parties anticipate incurring substantial costs to prepare for, take and defend those depositions, which cost would impose further pressures against the possibility of settlement;

WHEREAS if settlement negotiations fail Defendants anticipate filing dispositive motions which will rely in part upon expert witness deposition testimony and the cost of which will impose further pressures against the possibility of settlement;

WHEREAS a ruling from the Court on the Motion will present an increased likelihood of settlement;

WHEREAS the parties have agreed to return to mediation upon receiving a ruling on the Motion;

WHEREAS the Court informed the parties that the first available date for oral argument on the Motion was October 4, 2001;

WHEREAS the current scheduling order states the following relevant dates:

| | |
|---|---|
| 8/31/01 | Discovery completed per terms of paragraph 1 (Discovery Plan) of the June 16, 2000 Pretrial Scheduling Order |
| 9/15/01 | Non-dispositive motions deadline per terms of paragraph 3 (Non-Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order |

---

defendants. Defendants contend that the decedent's fault in causing the accident should be compared with the fault of all other entities involved in the accident. Given these opposing views, the parties' views of settlement values differ significantly.

10/15/01 Dispositive motions (including Daubert Motions) deadline per terms of paragraph 1 (Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order

01/01/02 Ready for jury trial

IT IS HEREBY STIPULATED AND AGREED by and among the parties to this matter, through their undersigned attorneys, subject to this Court's approval, that the Pretrial Scheduling Order of June 16, 2000 as amended, should be amended as follows in order to allow for additional settlement negotiations after receiving a ruling on the Motion:

11/30/01 Expert depositions completed

12/15/01 Non-dispositive motions deadline per terms of paragraph 3 (Non-Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order

12/31/01 Dispositive motions (including Daubert Motions) deadline per terms of paragraph 1 (Dispositive Motions) of the June 16, 2000 Pretrial Scheduling Order

Dated: August 30, 2001.

BOWMAN AND BROOKE LLP

By ______________________

George W. Soule (#103664)
C. Paul Carver (#23753X)
Scott B. Paxton (#296284)
150 South Fifth Street
Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-339-8682
Facsimile: 612-672-3200

ATTORNEYS FOR DEFENDANTS MACK TRUCKS, INC. AND MACK CANADA, INC.

Dated: August 30, 2001.

SIEBEN, GROSE, VON HOLTUM
& CAREY, LTD.

By ______________________
James P. Carey
Cory Whalen #02-88346
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402
Telephone: 612-333-4500
Facsimile: 612-333-5970

ATTORNEY FOR PLAINTIFF

Dated: August 28, 2001.

QUINLIVAN & HUGHES, P.A.

By [signature]
John A. Nelson 194840

400 South First Street
Suite 600
P.O. Box 1008
St. Cloud, MN 56302
Telephone: 320-251-1414
Facsimile: 320-251-1415

ATTORNEY FOR BOSTROM SEATING

Dated: August 29, 2001.

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

By [signature]
Colby B. Lund
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, Minnesota 55402-3214
Telephone: 612-339-3500
Facsimile: 612-339-7655

ATTORNEY FOR HOGLUND TRANS. &
BRIITA MARIE LORENTZ

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500