**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DEBRA DOYLE-OSWALD,
Individually and as Trustee for the
Heirs and Next-of-Kin of
John Michael Doyle,

Civil No. 00-1040 (DWF/AJB)

Plaintiff,

v.

**ORDER OF DISMISSAL**

MACK TRUCKS, INC.,
MACK CANADA, INC., and
BOSTROM SEATING, INC.,

Defendants.

---

James P. Carey, Esq., and Cory Whalen, Esq., Sieben Grose Von Holtum McCoy & Carey, 900 Midwest Plaza East, 800 Marquette Avenue, Minneapolis, MN 55402-2842, counsel for Plaintiff.

George Soule, Esq., Carl Carver, Esq, and Scott Paxton, Esq., Bowman & Brooke, 150 South Fifth Street, Suite 2600, Minneapolis, MN 55402 and John Nelson, Esq., Quinlivan & Hughes, 600 Norwest Center, 400 First Street South, P.O. Box 1008, St. Cloud, MN 56302, counsel for Defendants.

Colby Lund, Esq., Arthur Chapman Kettering Smetak & Pikala, 500 Young Quinlan Building., 81 South 9th Street, Minneapolis, MN 55402-3214, counsel for Third-Party Defendants, Hoglund Transport, Inc., and Briita Marie Lorentz.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 17, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________