**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 00-CV-1040 DWF/AJB

Debra Oswald, Individually and
as Trustee for the Heirs and Next-of-Kin
of John Michael Doyle,

Plaintiff,

vs.

**ORDER**

Mack Trucks, Inc., and/or Mack Canada, Inc.,
Bostrom Seating, Inc.,

Defendants.

and

Bostrom Seating, Inc.,

Defendant and Third-Party Plaintiff,

vs.

Hoglund Transportation, Inc. and
Briita Marie Lorentz,

Third-Party Defendants.

---

The Court has considered the facts set forth in the Petition for Approval of Wrongful Death Settlement, and finds the settlement to be fair and reasonable.

**IT IS HEREBY ORDERED:**

1. That Petitioner is authorized to accept $100,000.00 in full settlement of all claims against the Defendants herein.

2. That Petitioner is authorized to execute and deliver any and all releases, satisfactions, dismissals and other documents necessary to consummate the settlement and dismiss the action.

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. That distribution of the settlement proceeds shall be as follows:

a) Seven Thousand and no/100 Dollars to Liberty Mutual Insurance Company.

b) Nineteen Thousand and Nine Hundred and Forty and no/100 Dollars ($ 19,940.00) to the law firm of Sieben, Grose, Von Holtum & Carey, Ltd., as and for their attorneys fees in this matter.

c) Forty-Seven Thousand Nine Hundred Ninety-Four and 37/100 Dollars ($ 47,994.37) to the law firm of Sieben, Grose, Von Holtum & Carey, Ltd., for costs and expenditures incurred in the investigation and prosecution of this claim.

| | |
|---|---|
| d) Debra Doyle-Oswald | $15,000 |
| e) Michael Doyle (a minor) | $3,355.21 |
| f) Thomas Doyle (a minor) | $3,355.21 |
| g) Laura Doyle (a minor) | $3,355.21 |

The amount allocated to Michael Doyle, Thomas Doyle, and Laura Doyle, as minor children, will be deposited into a federally insured and interest bearing account in their individual names. That, the deposit book or other deposit documents shall be issued solely in their individual names. That, the deposit book or other deposit documents shall be transmitted by the financial institution to the Court Administrator within five days after its receipt of the deposit. That the Petitioner shall, at the time of the deposit, supply the financial institution with a tax identification number or social security number for the minor children. That the Petitioner shall be ordered to file or cause to be filed timely State and Federal income tax returns on behalf of the minors. That the financial institution shall not make any disbursement from the deposit except upon order of the Court. That a copy of the court's Order shall be delivered to said financial institution by the Petitioner with the remittance for deposit.

It is further ordered that the deposit shall remain with the designated financial institution until the minor children each reach the age of majority, and the time deposit should be established with a maturity date on or before the date. On the date of majority, the financial institution is hereby authorized to release the funds to Michael Doyle, Thomas Doyle, and Laura Doyle, individually, upon presentation of the deposit book or other deposit document that has been obtained from the Court Administrator, without further order of this Court.

4. That, upon the accomplishment of the foregoing, a Stipulation of Dismissal shall be filed with the Court.

5. That, upon filing of the Stipulation of Dismissal, Debra Oswald is hereby discharged as trustee in this matter.

Dated: December 14, 2001

BY THE COURT:

Judge of District Court

PI1-10875